

MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Eleanor M. Lackman
Partner
(212) 878-4890 Phone
(917) 546-7675 Fax
eml@msk.com

January 4, 2021

**VIA ECF**

The Honorable Ramon E. Reyes, U.S.M.J.
United States District Court for the Eastern
District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:   *Round Hill Music, LLC et ano. v. TuneCore, Inc., et al.*, Case No. 20-cv-3466 (DG) (RER); Joint Letter Regarding Scheduling Conference

Dear Judge Reyes:

Our firm represents defendants TuneCore, Inc.; Believe Digital Holdings Inc.; and Believe SAS (collectively, "Defendants") in the above-referenced action.  We write jointly with counsel for plaintiffs Round Hill Music, LLC and Round Hill Music LP (collectively, "Plaintiffs") regarding the parties' proposed Case Management Plan, submitted herewith, and the upcoming conference on January 7, 2021.

The parties met and conferred on December 21, 2020 and agreed to the dates referenced in the enclosed plan, as well as to collaborate in good faith on a two-level protective order to be submitted to the Court, and on ESI protocols.  The parties will approach the Court with any dispute that they have been unable to resolve.  The parties also agree that an early settlement conference with Your Honor in February or early March, following some preliminary discovery, is appropriate.  The parties respectfully request a date on Your Honor's calendar for the conference.

At Thursday's conference, Defendants wish to discuss possible bifurcation of the discovery schedule.  Defendants have asserted a variety of defenses as to liability and believe that in light of the fact that damages discovery (even where statutory damages are claimed) is burdensome and documents and witnesses on liability and damages are unlikely to overlap significantly if at all, a period for liability discovery followed by a summary judgment motion will result in a substantial reduction in cost.  Plaintiffs contend that discovery should be open for all purposes for matters that are relevant to the subject matter of this action as opposed to any sequencing or stay of discovery and are of the view that there is a high likelihood of overlap in the discovery needs relating to liability and damages, and that bifurcation will lead to expense and delay.

437  Madison  Ave.,  25th  Floor,  New  York,  New  York  10022-7001
Phone:  (212) 509-3900  Fax:  (212) 509-7239  Website: WWW.MSK.COM

12782978.2


The Honorable Ramon E. Reyes, U.S.M.J.
January 4, 2021
Page 2

Respectfully submitted,

Eleanor M. Lackman

EML

Encl.

cc:     All counsel of record (via ECF)

Case 1:20-cv-03466-DG-RER   Document 19   Filed 01/04/21   Page 2 of 4 PageID #: 230

12782978.2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------X

ROUND HILL MUSIC, LLC and ROUND HILL MUSIC LP

                Plaintiffs,

    -against-

TUNECORE, INC., BELIEVE DIGITIAL HOLDINGS, INC., and BELIEVE SAS,

                     Defendant,
------------------------------------------------------X

**CASE MANAGEMENT PLAN**

Case No: 1:20-cv-3466-NGG-RER

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by November 30, 2020

2. No additional parties may be joined after April 16, 2021.

3. No amendment of the pleadings will be permitted after April 16, 2021.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: January 21, 2021

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:
    (a) expert witnesses on or before July 1, 2021.
    (b) rebuttal expert witnesses on or before August 19, 2021.

6. All discovery, including depositions of experts, shall be completed on or before October 7, 2021 (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within one (1) weeks following the close of all discovery and responses are due one week later.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)? **(Answer no if any party declines to consent without indicating which party has declined**.)

      ☐ Yes    ☒ No

If parties answer yes, then fill out the **AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** form. The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

9.     A Telephone Conference set for _____, to be initiated by

    ☐ Plaintiff    or ☐ Defendant  (Check One).

    **\* (The Court will schedule the conference listed above**.)

10.    Status Conference will be held on _____.
    **\* (The Court will schedule the conference listed above**)

11. A Final Pre-trial Conference will be held on _____.
    **\*(The Court will schedule the conference listed above.)**

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

**Dated: Brooklyn, New York**

_____

                                            **RAMON E. REYES, JR.**
                                            **UNITED STATES MAGISTRATE JUDGE**

CONSENTED TO:

James M. Thayer
30 Broad St., 21st Floor
New York, NY 10004
Telephone: (212) 355-3200
Facsimile: (212) 355-3292
Email: james.thayer@ggslawfirm.com

Richard S. Busch
1999 Avenue of the Stars, Suite 1100
Century City, CA 90067
Telephone: (615) 259-3456
Facsimile: (888) 688-0482
Email: Rbusch@kingballow.com

*Attorneys for Plaintiffs*

Eleanor M. Lackman
437 Madison Avenue, 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239
Email: eml@msk.com

*Attorneys for Defendants*