

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Eleanor M. Lackman
Partner
(212) 878-4890 Phone
(917) 546-7675 Fax
eml@msk.com

July 2, 2021

**VIA ECF**

The Honorable Taryn A. Merkl, U.S.M.J.
United States District Court for the Eastern
District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Round Hill Music, LLC et al. v. TuneCore, Inc., et al.,* Case No. 20-cv-3466 (DG) (TAM); Report of Mediation

Dear Judge Merkl:

I write in response to the Court's June 25, 2021 order directing the parties to file a Report of Mediation.

On May 19, 2021, the parties participated in a private mediation session before mediator Mark Morril. While the parties were not able to resolve this matter at the mediation, in the course of the mediation the parties identified a threshold issue which, if resolved, may aid in settlement.

Since the mediation, the parties have been negotiating the parameters of a follow-up meeting with the mediator to discuss and hopefully resolve that issue. The parties have now agreed on the framework for such a meeting, and are working to schedule and hold the meeting as soon as is practicable.

Sincerely,

Eleanor M. Lackman
Partner of
MITCHELL SILBERBERG & KNUPP LLP

EML