# KING & BALLOW
LAW OFFICES
315 UNION STREET
SUITE 1100
NASHVILLE, TENNESSEE 37201

TELEPHONE: 615/259-3456

FACSIMILE: 615/254-7907

www.kingballow.com

Direct Dial: (615) 259-3456
Direct Facsimile: (888) 688-0482
E-mail: rbusch@kingballow.com

January 3, 2022

**Sent Via E-mail**
The Honorable Taryn A. Merkl, U.S.M.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Round Hill Music, LLC et al. v. Tunecore, Inc. et al.*, Case No. 20-cv-3466 (DG) (TAM); Status Report

Dear Judge Merkl:

I write in response to the Court's November 16, 2021 Order directing the parties to file a Status Report regarding the above-captioned matter.

As the Court is aware, the parties participated in a private mediation session before mediator Mark Morril on May 19, 2021. While the parties were not able to resolve this matter at the mediation, in the course of the session the parties identified a threshold issue which, if resolved, they believed could aid in settlement. A follow-up meeting pertaining to this specific issue was held on July 29, 2021. At that meeting, it was agreed that Defendants would provide additional data and documentation to aid in resolving this threshold issue and encourage settlement.

Defendants provided the data and documentation at issue to Plaintiffs on October 6, 2021. Plaintiffs have now reviewed the information, a process which took longer than expected due to holidays and end-of-year requirements, but now the Parties are preparing to resume settlement negotiations presently.

The parties remain hopeful that this will allow talks to continue in pursuit of a resolution or, at least, the narrowing of issues in the action.

Sincerely,

Richard S. Busch,
*Attorney for Plaintiffs*

CENTURY CITY OFFICE:
1999 AVENUE OF THE STARS · SUITE 1100 · CENTURY CITY · CALIFORNIA 90067 · TELEPHONE: 424/253-1255 · FACSIMILE: 888/688-0482